CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 04 2022

JULIA C. DUDLEY, CLERK
BY: A. Beeson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TECARLO B., | ) |
| | ) |
| Plaintiff | ) |
| | ) Civil Action No. 7:20-CV-473 |
| v. | ) |
| | ) |
| KILOLO KIJAKAZI, | ) By: Michael F. Urbanski |
| Commissioner of Social Security, | ) Chief United States District Judge |
| | ) |
| Defendant | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Report and Recommendation, ECF No. 21, is **ADOPTED in part** and **REJECTED in part**; the plaintiff's motion for summary judgment, ECF No. 16 is **GRANTED in part**; the Commissioner's motion for summary judgment, ECF No. 18, is **DENIED**; plaintiff's objections, ECF No. 22, are **SUSTAINED in part**; the Commissioner's decision is **VACATED**, and this matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration. This matter is **DISMISSED** and **STRICKEN** from the active docket of the court.

It is so **ORDERED**.

Entered: January 4, 2022

Michael F. Urbanski
Chief United States District Judge